# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146295-6 (56)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

STANLEY G. DUNCAN,
      Defendant-Appellee.
_____

SC: 146295
COA: 312637
Macomb CC: 2011-003839-FC;
2011-004304-FC

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

VITA DUNCAN,
      Defendant-Appellee.
_____

SC: 146296
COA: 312638
Macomb CC: 2011-004401-FC


On order of the Court, the motion the Attorney General for leave to participate in oral argument is considered and it is granted to the extent that the Attorney General may argue for ten minutes of the time allotted the prosecuting attorney.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2013

_____
Clerk